AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| United States of America | ) |
|---|---|
| v. | ) |
| Raymond Jung Woo Choi | ) Case No. CR 24-189 DWF/TNL |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Raymond Jung Woo Choi,

who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court
☐ Pretrial Release Violation Petition

This offense is briefly described as follows:
Count 1: Production and Attempted Production of Child Pornography 18:2251(a) and 2251(e)
Count 2: Receipt of Child Pornography 18:2252(a)(2) and 2252(b)(1)
Count 3: Coercion and Enticement of a Minor 18:2422(b) and 2427

Date: 07/10/2024

_M. Fogarty_
Issuing officer's signature

City and state:   Minneapolis, MN      Kate M. Fogarty, Clerk of Court
Printed name and title

### Return

This warrant was received on *(date)* 7/10/2024, and the person was arrested on *(date)* 7/15/2024
at *(city and state)* Fairfax City, VA

Date: 7/15/2024

_Benjamin House_
Arresting officer's signature

Benjamin House / Postal Inspector
Printed name and title